ANTHONY E. SHEPARD, Individually, etc., Respondent, v. PAULINE BRODSKY, Individually and as Executrix, etc., of ABRAHAM BRODSKY, Deceased, Appellant. — Motion for extension of time to answer granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ANTHONY E. SHEPARD, Respondent, v. PAULINE BRODSKY, Individually and as Executrix, etc., of ABRAHAM BRODSKY, Deceased, Appellant.— Motion for extension of time to answer granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ROSE STODDARD, Respondent, v. INTERSTATE CORRUGATED BOX COMPANY and LOUIS VISSER, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FRANK TRITTO, Respondent, v. CARLO PLANTAMURA, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HYMAN WORHAFTIG, Plaintiff, v. FRIENDSHIP BUILDING CORPORATION and Another, Appellants; HARRY WEINGASS, Respondent, and Others, Defendants.— Motion to discontinue appeal granted upon condition that appellants pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES BERG, Respondent, v. FANNIE WEINSTEIN, Also Known as "FANNIE BERG," Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, June twelfth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that appellant shall not dispose of any of the property claimed by respondent, that she has in her possession; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MARGARET GURRAN, a Resident and Taxpayer of the Village of Peekskill, Appellant, v. HICKSON F. HART and Others, Constituting the Board of Trustees of the Village of Peekskill, and the VILLAGE OF PEEKSKILL, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of JOHN LOWE MURRAY for Admission to the Bar. (From the State of North Carolina.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of JOHN PETRELLO, JR., a Child under the Age of Sixteen Years, Charged with Being a Juvenile Delinquent.— Motion granted and case ordered to be placed on the June term calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

AUGUST PETZOLT, Respondent, v. MILTON W. BLATNER, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MARGARET GURRAN, a Resident and Taxpayer of the Village of Peekskill, Appellant, v. HICKSON F. HART and Others, Constituting the Board of Trustees